**Bennie Austin MACK, Jr.,**
**Plaintiff–Appellant,**

v.

**D. DREW, in her individual capacity and in her official capacity as Warden for the Federal Correctional Institute at Bennettsville South Carolina; P. Jenkinson, in her individual capacity and in her official capacity as case Manager at FCI Bennettsville South Carolina; Ms. Stonebreaker, in her individual capacity as Camp Counselor at FCI Bennettsville South Carolina; R.E. Holt, in his individual capacity and in his official capacity as Regional Director for the Federal Bureau of Prisons; Yvonne Hinkson, in her individual capacity and in her official capacity as Director of the Federal Bureau of Prisons, Defendants–Appellees.**

No. 13–6026.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2013.
Decided: May 3, 2013.

Bennie Austin Mack, Jr., Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bennie Austin Mack, Jr. appeals the district court's order denying his Fed. R.Civ.P. 60(b)(3) motion for relief from the district court's judgment dismissing his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We previ-

ously affirmed the district court's orders dismissing the complaint and denying Mack's motions for reconsideration. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*